IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03311-RPM

TERESA BALDERRAMA,

    Plaintiff,

v.

HCA-HEALTHONE LLC, d/b/a THE MEDICAL CENTER OF AURORA,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [10] filed March 17, 2014, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorney's fees and costs.

    DATED: March 17th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge